B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**South Creek Automotive, Inc. D/B/A South Holland Mitsubishi** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4438775** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**150 W. 162nd Street**<br>**South Holland, IL**<br>ZIP Code **60473** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **South Creek Automotive, Inc. D/B/A South Holland Mitsubishi** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **South Creek Automotive, Inc. D/B/A South Holland Mitsubishi** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Debra J. Vorhies Levine**
Signature of Attorney for Debtor(s)

**Debra J. Vorhies Levine**
Printed Name of Attorney for Debtor(s)

**DVL Law Offices**
Firm Name

**53 W. Jackson Blvd. Suite 404**
**Chicago, IL 60604**

_____
Address

**Email: debravlevine@yahoo.com**
**312-880-0224  Fax: 312-588-0785**
Telephone Number

**February  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Dandino**
Signature of Authorized Individual

**Richard Dandino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A Plus Professional Towing
350 194th Street
Glenwood, IL 60425


Abbotts Printing
611 E 170th Street
South Holland, IL 60473


ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695


ADP Digital Solutions
P.O.Box 88921
Chicago, IL 60695


ADP Lease
P.O.Box 34656
Newark, NJ 07189


Advanced Impressions
16478 Beach Blvd #236
Westminster, CA 92683


Airgas
P.O.Box 2395
Waterloo, IA 50704


All 4 Wheels
22376 Autumn Drive
Frankfort, IL 60423


All Data
9650 W Taron Dr Ste 100
Elk Grove, CA 95757


All Equipment Service
9812 W 47th St
Brookfield, IL 60513


American Auto Hikers
1900 Lake Street
Dyer, IN 46311

American Backflow
815 Aokwood Rd Suite E
Lake Zurich, IL 60047


American Industrial
P.O.Box 8011
Van Nuys, CA 91409


American International Auto
P.O.Box 1535
Merrifield, VA 22116


Arrow Uniforms
6400 Monroe Blvd
Taylor, MI 48180


Ask patty
P.O.Box 6601
Thousand Oaks, CA 91359


Aspen Marketing
4571 Paysphere
Chicago, IL 60674


AT&T
P.O.Box 8100
Aurora, IL 60507


Atomic Transmission
100 E Nmorth Ave
Villa Park, IL 60181


Auto Focus
221 S Mitchell Court A-3
Addison, IL 60101


Auto Trader
P.O. Box 932207
Atlanta, GA 31193


Az-Tech Car Audio
518 E 162nd St
South Holland, IL 60473

B&B Doors
P.O.Box 126
Lansing, IL 60438

Bank of America
P.O.Box 851001
Dallas, TX 75285

Bank of America Business
P.O.Box 15710
Wilmington, DE 19886

Barnes Distribution
Dept CH 14079
Palatine, IL 60055

Benann Business Machines
P.O.Box 1254
Beecher, IL 60401

Bill Jacobs Joliet
2001 W Jefferson St
Joliet, IL 60435

Bragg's Automotive
2910 Bernice Rd
Lansing, IL 60438

Brians Body Specialist
16647 Vincennes Ave
South Holland, IL 60473

Brians Body Specialist
16447 Vincennese
South Holland, IL 60473

Broadway Auto Glass
6491 Broadway
Merrillville, IN 46410

Bulldog Towing
P.O.Box 11058
Merrillville, IN 46411

C&S Auto Alarm
8144 W 160th Street
Tinley Park, IL 60477


C.N.A. Surety
8137 Innovation Way
Chicago, IL 60682


Cal-Tex Protective Coating
7455 Natural Bridge caverns Rd
Schertz, TX 78154


Call Cap/Calls Unlimited
P.O.Box 1196
Crown Point, IN 46307


Carfax
16630 Collection Center drive
Chicago, IL 60693


Carnica
1575 E Oakton
Des Plaines, IL 60018


Carquest Auto Parts
656 Burnham Ave
Calumet City, IL 60409


CDM data
Bin#20010 P.O.Box 29426
Phoenix, AZ 85038


Chicago Auto Trade Assn.
18W200 Butterfield Rd
Terrace, IL 60181


City Electric
P.O.Box 1006
Wilbraham, MA 01095


City of Country Club Hills
P.O.Box 666
Lansing, IL 60438

Collins Licence & Title
1719 Bellechase Dr
New Lenox, IL 60451


Crosave
5240 Thatcher Rd
Downers Grove, IL 60515


Dealer Track
1111 Marcus Ave Suite M04
Lake Success, NY 11042


Dent Star
276 W Grand Ave
Elmhurst, IL 60126


EZ Lettering
723 OHMS Way Costa
Costa Mesa, CA 92627


Franks Auto Glass
6337 S Wentworth
Chicago, IL 60621


Future Environmental
19701 S 97th Ave
Mokena, IL 60448


Glass Surgeons
12604 Havenwood Pass
Cedar Lake, IN 46303


GTI Recycling
2943 Wireton Rd
Blue Island, IL 60406


Harbor Honda
4613 E Lincoln Highway
Merrillville, IN 46410


Helget Gas Products
P.O.Box 24246
Omaha, NE 68124

```
Higher Gear
36487 Treasury Center
Chicago, IL 60694


Hoy Chicago
14848 Collections Center Drive
Chicago, IL 60693


Hub Ap World
P.O.Box 4395
Hammond, IN 46324


I-80 Auto Parts
3349 Burr St
Gary, IN 46406


Illiana Financial Inc
833 N Church Rd
Elmhurst, IL 60126


Illinois Tire Recycling
1 Westbrook Corp Center Suite 300
Westchester, IL 60154


IN.Gov
10 W Market St Suite 600
Indianapolis, IN 46204


Infiniti Of Orland Park
8500 W 159th St
Orland Park, IL 60462


Inland Arts &Graphics
14440 W Edison Dr
New Lenox, IL 60451


Interstate Battery of Chic
16220 Crawford
Tinly Park, IL 60478


J&R Automotive
889 N Larch
Elmhurst, IL 60126
```

```
Joe Rizza Porche
8100 W 159th St
Orland Park, IL 60462


JQM Transfer
P.O.Box 26
Chebanse, IL 60922


K&M Tire
P.O.Box 279
Delphos, OH 45833


Levin BMW
1400 US 41
Schererville, IN 46375


LKQ A-Reliable
2247 W 139th St
Blue Island, IL 60406


Manheim Auctions
20401 Cox Ave
Matteson, IL 60443


MB Financial Bank
c/o Shaw, Gussis, Fishman, et al
321 N. Clark Street, Suite 800
Chicago, IL 60654


MCGard
3875 S california Rd
Orchard Park, NY 14127


Mercedes-Benz Of Orland Park
8430 W 159th
Orland Park, IL 60462


Metro Delivery Service
6201 W Carol Lane
Palos Heights, IL 60463


Metz Towing
716 N Locust St
Momence, IL 60954
```

```
Michael Silver & Co
5750 Old Orchard Rd Suite 200
Skokie, IL 60077


Midtronics
7000 Monroe St
Willowbrook, IL 60527


Miller Chevrolet
5343 Miller Circle Drive
Matteson, IL 60443


Monee Peotone Heating
5357 W Court Street
Monee, IL 60473


Nada Appraisal Guides
3186 K Airway Ave
Costa Mesa, CA 92626


Napleton's River Oaks Honda
17220 Torrence Ave
Lansing, IL 60438


PamCor INC
24038 S Volbrecht Rd
Crete, IL 60417


Peotone Heating
6050 Industrial Drive Ste 105
Monee, IL 60449


Pinnacle Advertising
1435 N Plum Grove Rd Suite C
Schaumburg, IL 60173


Pitney Bowes Blobal Fin Serv
P.O.Box 856460
Louisville, KY 40285


Pitney bowes Purch Power
P.O.Box 856042
Louisville, KY 40285
```

```
Poster Compliance Center
3687 MT Diablo Blvd Suite B100
Lafayette, CA 94549


Pro Finish
649 Chase Ave
Elk Grove Village, IL 60007


Refiners Gold
P.O.Box 112
Manhattan, IL 60442


Renuit
620 EdgebrookDr
Shorewood, IL 60404


Reynolds & Reynolds
23150 Network Place
Chicago, IL 60673


River Oaks Toyota
1970 River Oaks Drive
Calumet City, IL 60409


Riza Kia
8100 W 159th St
Orland Park, IL 60462


Roadblock
47 W Polk Street Ste 100-233
Chicago, IL 60605


Roadrunners Transport
3950 W 155th street
Markham, IL 60428


Roeda Signs
16931 S State Street
South Holland, IL 60473


Roy's Radiator
412 E 159th Street
Harvey, IL 60426
```

```
Saab of Downers Grove
217 Ogden Ave
Downers Grove, IL 60515


Saturn Of south Holland
800 E 162nd Street
South Holland, IL 60473


Schepel GMC
3209 W Lincoln Highway
Merrillville, IN 46411


Schultz Motor Parts
760 S Halsted St
Chicago Heights, IL 60411


Sergio's Towing
16971 Vincennes Rd
South Holland, IL 60473


Shaffer Hyundai
1000 W US Highway 30
Merrillville, IN 46410


Sluiter Auto Electric
15 W 168th St
South Holland, IL 60473


South Holland Dodge
113 W 162nd Street
South Holland, IL 60473


South Oak Dodge
4550 W lincoln Highway
Matteson, IL 60443


Speedway Auto parts
1301 N Herkimer St
Joliet, IL 60432


Speedway Super America
P.O.Box 740587
Cincinnati, OH 45274
```

Stone Wheel Inc.
7675uincy Street
Willowbrook, IL 60527


Sutton Ford
21315 Central Ave
Matteson, IL 60443


Talro Auto Insurance
4900 W Belmont
Chicago, IL 60641


Terminix
655 W Grand Ave Suite 150
Elmhurst, IL 60126


The Dent Guy
6114 Maiden Lane
Spring Grove, IL 60081


The Hubcap Guy
P.O.Box 9211
Highland, IN 46322


The Times
c/o lee Enterprises POBox 742548
Cincinnati, OH 45274


Tires R Us
516 e sIBLEY bLVD
Dolton, IL 60419


Top Coverage
7520 W 98th place
Bridgeview, IL 60455


Tri-State Auto Auction
14001 S Karlov Ave
Crestwood, IL 60445


Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693

Triple A Service Inc
1225 Lakeside Drive
Romeoville, IL 60446


True Value
16074 South Oark aVenue
South Holland, IL 60473


Van Drunen Ford
3233 W 183rd St
Homewood, IL 60430


Van Sensus Auto parts
6920 Kennedy Ave
Hammond, IN 46323


Velasquez mufflers
16200 S Halsted
Harvey, IL 60426


Village of Bridgeview
7500 S Oketo
Bridgeview, IL 60455


Village of South Holland
16226 Wausau Ave
South Holland, IL 60473


Volkswagon of orland
8920 W 159th Street
Orland Park, IL 60462


Walton Office Supply
503 W Taft Drive
South Holland, IL 60473


WEE Auto & Key
P.O.Box 5664
Buffalo Grove, IL 60089


windy City Wheels
P.O.Box 4751
Troy, MI 48084