UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SOUTH CREEK AUTOMOTIVE, INC. dba SOUTH HOLLAND MITSUBISHI

Case No. 10-04749
Hon. PAMELA S. HOLLIS
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street - 7th Floor - Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on FEBRUARY 8, 2011 in Courtroom 644, Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SOUTH CREEK AUTOMOTIVE, INC. dba SOUTH HOLLAND MITSUBISHI § § § § Case No. 10-04749
Hon. PAMELA S. HOLLIS
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $188,840.68 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $188,840.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---:|
| | NONE | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $188,840.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees* ALLAN J. DeMARS | $12,687.03 | $0.00 | $12,687.03 |
| *Trustee, Expenses* ALLAN J. DeMARS | $45.28 | $0.00 | $45.28 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $14,400.00 | $0.00 | $14,400.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | | | |
| *Accountant for Trustee, Fees* LOIS WEST | $1,978.00 | $0.00 | $1,978.00 |
| *Accountant for Trustee, Expenses* LOIS WEST | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges, U.S. Bankruptcy Court*

*Fees, United States Trustee*

    Other

|  | Total to be paid for chapter 7 administrative expenses: | $29,110.31 |
|---|---|---|
|  | Remaining balance: | $159,730.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for* _____ , *Fees* | | | |
| *Attorney for* _____ , *Expenses* | | | |
| *Accountant for* _____ , *Fees* | | | |
| *Accountant for* _____ , *Expenses* | | | |
| Other | | | |

|  | Total to be paid for prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $159,730.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $385,627.17 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | INTERNAL REVENUE SERVICE | $318,001.09 | $0.00 | $131,719.01 |
| 23 | Illinois Department of Revenue | $66,734.75 | $0.00 | $27,642.16 |
| 24 | Illinois Department of Revenue | $891.13 | $0.00 | $369.20 |

Total to be paid for priority claims: $159,730.37
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $917,448.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-19 | SEE CLAIMS REGISTER WITH COURT | $917,448.53 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $101,940.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20-22,25 | SEE CLAIMS REGISTER WITH COURT | $101,940.76 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | | Total to be paid for subordinated claims: | | $0.00 |
| | | Remaining balance: | | $0.00 |

Prepared By: ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina              Page 1 of 3                   Date Rcvd: Jan 06, 2011
Case: 10-04749                 Form ID: pdf006            Total Noticed: 145

The following entities were noticed by first class mail on Jan 08, 2011.
db           +South Creek Automotive, Inc. D/B/A South Holland M,    150 W. 162nd Street,
               South Holland, IL 60473-2003
tr           +Allan J DeMars,    Spiegel & Demars,   100 W Monroe St Ste 910,    Chicago, IL 60603-1957
15072766     +A Plus Professional Towing,    350 194th Street,    Glenwood, IL 60425-1502
15072768     +ADP Dealer Services,    P.O. Box 88921,    Chicago, IL 60695-1921
15072769     +ADP Digital Solutions,    P.O.Box 88921,    Chicago, IL 60695-1921
15072770     +ADP Lease,    P.O.Box 34656,    Newark, NJ 07189-4009
15072783     +AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
15072767     +Abbotts Printing,    611 E 170th Street,    South Holland, IL 60473-3408
15072771     +Advanced Impressions,    16478 Beach Blvd #236,    Westminster, CA 92683-7860
15072772     +Airgas,   P.O.Box 2395,    Waterloo, IA 50704-2395
15072773     +All 4 Wheels,    22376 Autumn Drive,    Frankfort, IL 60423-3141
15072774     +All Data,   9650 W Taron Dr Ste 100,    Elk Grove, CA 95757-8197
15072775      All Equipment Service,    9812 W 47th St,    Brookfield, IL 60513
15072776     +American Auto Hikers,    1900 Lake Street,    Dyer, IN 46311-1763
15072777     +American Backflow,    815 Aokwood Rd Suite E,    Lake Zurich, IL 60047-6704
15072778     +American Industrial,    P.O.Box 8011,    Van Nuys, CA 91409-8011
15072779     +American International Auto,    P.O.Box 1535,    Merrifield, VA 22116-1535
15221860     +Arrow Uniform,    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,    Timonium, MD 21094-5126
15072780     +Arrow Uniforms,    6400 Monroe Blvd,    Taylor, MI 48180-1899
15072781     +Ask patty,    P.O.Box 6601,    Thousand Oaks, CA 91359-6601
15072782     +Aspen Marketing,    4571 Paysphere,    Chicago, IL 60674-0001
15361638     +Aspen Marketing Service, Inc,    1240 North Avenue,    West Chicago, IL 60185-1087
15072784     +Atomic Transmission,    100 E Nmorth Ave,    Villa Park, IL 60181-1201
15072785     +Auto Focus,    221 S Mitchell Court A-3,    Addison, IL 60101-5603
15072786     +Auto Trader,    P.O. Box 932207,    Atlanta, GA 31193-2207
15072787     +Az-Tech Car Audio,    518 E 162nd St,    South Holland, IL 60473-2326
15072788     +B&B Doors,    P.O.Box 126,    Lansing, IL 60438-0126
15072789     +Bank of America,    P.O.Box 851001,    Dallas, TX 75285-1001
15072790     +Bank of America Business,    P.O.Box 15710,    Wilmington, DE 19886-5710
15750226     +Bank of America NA,    Loss Recovery,    800 Market St,    St Louis, MO 63101-2506
15072791     +Barnes Distribution,    Dept CH 14079,    Palatine, IL 60055-0001
15072792     +Benann Business Machines,    P.O.Box 1254,    Beecher, IL 60401-1254
15072793     +Bill Jacobs Joliet,    2001 W Jefferson St,    Joliet, IL 60435-8123
15072794     +Bragg's Automotive,    2910 Bernice Rd,    Lansing, IL 60438-1210
15072796      Brians Body Specialist,    16447 Vincennese,    South Holland, IL 60473
15072795     +Brians Body Specialist,    16647 Vincennes Ave,    South Holland, IL 60473-2802
15072797     +Broadway Auto Glass,    6491 Broadway,    Merrillville, IN 46410-3007
15072798     +Bulldog Towing,    P.O.Box 11058,    Merrillville, IN 46411-1058
15072799     +C&S Auto Alarm,    8144 W 160th Street,    Tinley Park, IL 60477-6342
15072800     +C.N.A. Surety,    8137 Innovation Way,    Chicago, IL 60682-0081
15072806      CDM data,    Bin#20010 P.O. Box 29426,    Phoenix, AZ 85038
15072801     +Cal-Tex Protective Coating,    7455 Natural Bridge caverns Rd,    Schertz, TX 78154-3210
15072802     +Call Cap/Calls Unlimited,    P.O.Box 1196,    Crown Point, IN 46308-1196
15072803     +Carfax,   16630 Collection Center drive,    Chicago, IL 60693-0166
15072804     +Carnica,    1575 E Oakton,    Des Plaines, IL 60018-2120
15072805     +Carquest Auto Parts,    4401 Atlantic Ave,    Attn Palama Desorbo/Credit,    Raleigh, NC 27604-1794
15072807     +Chicago Auto Trade Assn.,    18W200 Butterfield Rd,    Terrace, IL 60181-4810
15072808     +City Electric,    P.O.Box 1006,    Wilbraham, MA 01095-7006
15072809     +City of Country Club Hills,    P.O.Box 666,    Lansing, IL 60438-0666
15072810     +Collins Licence & Title,    1719 Bellechase Dr,    New Lenox, IL 60451-3608
15309857     +Colson Services Corp,    P O Box 1289,    Bowling Green Station,    New York, NY 10274-1289
15072811     +Crosave,    5240 Thatcher Rd,    Downers Grove, IL 60515-4011
15072812     +Dealer Track Inc,    attn Ellen Witrick,    1111 Marcus Ave Suite M04,
               Lake Success, NY 11042-1034
15072813     +Dent Star,    276 W Grand Ave,    Elmhurst, IL 60126-1123
15072814     +EZ Lettering,    723 OHMS Way Costa,    Costa Mesa, CA 92627-4305
15072815     +Franks Auto Glass,    6337 S Wentworth,    Chicago, IL 60621-3820
15072816     +Future Environmental,    19701 S 97th Ave,    Mokena, IL 60448-9391
15072818     +GTI Recycling,    2943 Wireton Rd,    Blue Island, IL 60406-4178
15072817     +Glass Surgeons,    12604 Havenwood Pass,    Cedar Lake, IN 46303-8692
15072819     +Harbor Honda,    4613 E Lincoln Highway,    Merrillville, IN 46410-5819
15072820     +Helget Gas Products,    P.O.Box 24246,    Omaha, NE 68124-0246
15072821     +Higher Gear,    36487 Treasury Center,    Chicago, IL 60694-6400
15072822     +Hoy Chicago,    14848 Collections Center Drive,    Chicago, IL 60693-0148
15072823     +Hub Cap World,    P.O.Box 4395,    Hammond, IN 46324-0395
15072824     +I-80 Auto Parts,    3349 Burr St,    Gary, IN 46406-3405
16557063    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 W. Randolph Street, Suite 7-400,    Chicago, IL 60601)
15072827     +IN.Gov,    10 W Market St Suite 600,    Indianapolis, IN 46204-2947
15458158    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA  19114)
15309860    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,    230 S Dearborn ST,
               Chicago, Il 60604)
15072825     +Illiana Financial Inc,    833 N Church Rd,    Elmhurst, IL 60126-1005
16557079      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15072826     +Illinois Tire Recycling,    1 Westbrook Corp Center Suite 300,    Westchester, IL 60154-5709
15072828     +Infiniti Of Orland Park,    8500 W 159th St,    Orland Park, IL 60462-4947
```

```
District/off: 0752-1           User: nmolina               Page 2 of 3                   Date Rcvd: Jan 06, 2011
Case: 10-04749                 Form ID: pdf006             Total Noticed: 145

15072829      +Inland Arts &Graphics,    14440 W Edison Dr,    New Lenox, IL 60451-3673
15072830      +Interstate Battery of Chic,    16220 Crawford,    Tinly Park, IL 60478-2054
15072831      +J&R Automotive,    889 N Larch,    Elmhurst, IL 60126-1109
15072833      +JQM Transfer,    P.O.Box 26,    Chebanse, IL 60922-0026
15072832      +Joe Rizza Porche,    8100 W 159th St,    Orland Park, IL 60462-4939
15072834      +K&M Tire,    P.O.Box 279,    Delphos, OH 45833-0279
15072836      +LKQ A-Reliable,    2247 W 139th St,    Blue Island, IL 60406-3212
15072835      +Levin BMW,    1400 US 41,    Schererville, IN 46375-1314
15309858      +MB Financial Bank,    6111 N River Road,    Des Plaines, Il 60018-5158
15072838      +MB Financial Bank,    c/o Shaw, Gussis, Fishman, et al,     321 N. Clark Street, Suite 800,
                Chicago, IL 60654-4766
15072839      +MCGard,    3875 S california Rd,    Orchard Park, NY 14127-4198
15072837      +Manheim Auctions,    20401 Cox Ave,    Matteson, IL 60443-1856
15072840      +Mercedes-Benz Of Orland Park,    8430 W 159th,    Orland Park, IL 60462-4942
15072841      +Metro Delivery Service,    6201 W Carol Lane,    Palos Heights, IL 60463-1823
15072842      +Metz Towing,    716 N Locust St,    Momence, IL 60954-1242
15072843      +Michael Silver & Co,    5750 Old Orchard Rd Suite 200,     Skokie, IL 60077-4403
15072844      +Midtronics,    7000 Monroe St,    Willowbrook, IL 60527-5655
15678919      +Mitsubishi Motors Credit of America Inc,     Michael J Gorman McDowell Rice Smith &,    Buchanan PC,
                605 W 47th St Suite 350,    Kansas City, MO 64112-1912
15072846      +Monee Peotone Heating,    5357 W Court Street,    Monee, IL 60449-8027
15072847      +Nada Appraisal Guides,    3186 K Airway Ave,    Costa Mesa, CA 92626-4650
15072848      +Napleton's River Oaks Honda,    17220 Torrence Ave,    Lansing, IL 60438-1017
15072849      +PamCor INC,    24038 S Volbrecht Rd,    Crete, IL 60417-2654
15072850      +Peotone Heating,    6050 Industrial Drive Ste 105,    Monee, IL 60449-9147
15072851      +Pinnacle Advertising,    1435 N Plum Grove Rd Suite C,    Schaumburg, IL 60173-4590
15072854      +Poster Compliance Center,    3687 MT Diablo Blvd Suite B100,     Lafayette, CA 94549-3777
15072855      +Pro Finish,    649 Chase Ave,    Elk Grove Village, IL 60007-4801
15072856      +Refiners Gold,    P.O.Box 112,    Manhattan, IL 60442-0112
15072857      +Renuit,    620 EdgebrookDr,    Shorewood, IL 60404-9753
15072858      +Reynolds & Reynolds,    23150 Network Place,    Chicago, IL 60673-1231
15072859      +River Oaks Toyota,    1970 River Oaks Drive,    Calumet City, IL 60409-5012
15072860      +Riza Kia,    8100 W 159th St,    Orland Park, IL 60462-4939
15072861      +Roadblock,    47 W Polk Street Ste 100-233,    Chicago, IL 60605-2000
15072862      +Roadrunners Transport,    3950 W 155th street,    Markham, IL 60428-3817
16560277      +Robert Huff,    4121 W 127th St #5,    Alsip, IL 60803-1938
15072863      +Roeda Signs,    16931 S State Street,    South Holland, IL 60473-2832
15072864      +Roy's Radiator,    412 E 159th Street,    Harvey, IL 60426-5239
15072865      +Saab of Downers Grove,    217 Ogden Ave,    Downers Grove, IL 60515-3144
15072866      +Saturn Of south Holland,    800 E 162nd Street,    South Holland, IL 60473-2440
15072867      +Schepel GMC,    3209 W Lincoln Highway,    Merrillville, IN 46410-5150
15072868      +Schultz Motor Parts,    760 S Halsted St,    Chicago Heights, IL 60411-2190
15072869      +Sergio's Towing,    16971 Vincennes Rd,    South Holland, IL 60473-2860
15072870       Shaffer Hyundai,    1000 W US Highway 30,    Merrillville, IN 46410
15072871      +Sluiter Auto Electric,    15 W 168th St,    South Holland, IL 60473-2838
15072872      +South Holland Dodge,    113 W 162nd Street,    South Holland, IL 60473-2004
15072873      +South Oak Dodge,    4550 W lincoln Highway,    Matteson, IL 60443-2377
15072874      +Speedway Auto parts,    1301 N Herkimer St,    Joliet, IL 60432-1057
15072875      +Speedway Super America,    P.O.Box 740587,    Cincinnati, OH 45274-0587
15072876      +Stone Wheel Inc.,    7675uincy Street,    Willowbrook, IL 60527-5598
15072877      +Sutton Ford,    21315 Central Ave,    Matteson, IL 60443-2893
15072878      +Talro Auto Insurance,    4900 W Belmont,    Chicago, IL 60641-4331
15072879      +Terminix,    655 W Grand Ave Suite 150,    Elmhurst, IL 60126-1035
15072880      +The Dent Guy,    6114 Maiden Lane,    Spring Grove, IL 60081-9615
15072881      +The Hubcap Guy,    P.O.Box 9211,    Highland, IN 46322-9211
15072882      +The Times,    c/o lee Enterprises POBox 742548,    Cincinnati, OH 45274-2548
15072883      +Tires R Us,    516 e sIBLEY bLVD,    Dolton, IL 60419-2506
15072884      +Top Coverage,    7520 W 98th place,    Bridgeview, IL 60455-2312
15072885      +Tri-State Auto Auction,    14001 S Karlov Ave,    Crestwood, IL 60445-2496
15072886      +Tribune Interactive Comp Dibia,    Hoy Chicago,    435 N Michigan Ave,    3rd Fl C. Liotta,
                Chicago IL 60611-4066
15072887      +Triple A Service Inc,    1225 Lakeside Drive,    Romeoville, IL 60446-3971
15072888      +True Value,    16074 South Park aVenue,    South Holland, IL 60473-1561
15072889      +Van Drunen Ford,    3233 W 183rd St,    Homewood, IL 60430-2698
15072890      +Van Sensus Auto parts,    6920 Kennedy Ave,    Hammond, IN 46323-2299
15072891      +Velasquez mufflers,    16200 S Halsted,    Harvey, IL 60426-5916
15072892      +Village of Bridgeview,    7500 S Oketo,    Bridgeview, IL 60455-1297
15072893      +Village of South Holland,    16226 Wausau Ave,    South Holland, IL 60473-2156
15072894      +Volkswagon of orland,    8920 W 159th Street,    Orland Park, IL 60462-5620
15072896      +WEE Auto & Key,    P.O.Box 5664,    Buffalo Grove, IL 60089-5664
15309859      +Wachovia Dealer Services Inc,    P O Box 3539,    Rancho Cucamonga, CA 91729-3539
15072895      +Walton Office Supply,    503 W Taft Drive,    South Holland, IL 60473-2083
15072897      +windy City Wheels,    P.O.Box 4751,    Troy, MI 48099-4751

The following entities were noticed by electronic transmission on Jan 06, 2011.
15072852      +E-mail/Text: bankruptcy@pb.com                            Pitney Bowes Blobal Fin Serv,
                P.O.Box 856460,    Louisville, KY 40285-6460
15072853      +E-mail/Text: bankruptcy@pb.com                            Pitney bowes Purch Power,
                P.O.Box 856042,    Louisville, KY 40285-6042
                                                                                                TOTAL: 2
```

```
District/off: 0752-1          User: nmolina             Page 3 of 3                   Date Rcvd: Jan 06, 2011
Case: 10-04749                Form ID: pdf006           Total Noticed: 145

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15072845     ##+Miller Chevrolet,   5343 Miller Circle Drive,   Matteson, IL 60443-1483
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**                       **Signature:**     _Joseph Speetjens_